NEIL B. HALL & ASSOCIATES, LLC

BUILDING PERFORMANCE · FAILURE ANALYSIS · DAMAGE ASSESSMENT

# WALKWAY EVALUATION

**(INITIAL REPORT)**

## COSTCO WHOLESALE STORE TRAFFIC LANE
## 3900 DUBLIN STREET
## NEW ORLEANS, LOUISIANA 70118

**PREPARED BY:**

**Neil B. Hall, PhD, AIA**

**REPORT NUMBER 24-0136**

**DATE OF REPORT:**
**JUNE 20, 2025**



**EXHIBIT B**

## DOCUMENTS RECEIVED FROM LAW OFFICE

- Petition for Damages, Interrogatories & Request for Production
- CCTV Security camera video taken October 15, 2022
- Two (2) color photos taken October 15, 2022
- Three (3) color photos taken June 11, 2023

## ADDITIONAL DOCUMENTS REVIEWED

- ASTM F-1637-21, *Standard Practice for Safe Walking Surfaces*

## DISCUSSION

On October 15, 2022, Ms. Luz Query tripped over a speed bump in the traffic lane on the northeast side of the Costco Wholesale store at 3900 Dublin Street in New Orleans, Orleans Parish, Louisiana 70118. On June 19, 2024, Ms. Tracey Rannals of Rannals Law, LLC, requested I prepare a deskside report concerning whether the speed bump constituted an unsafe condition leading to the accident.

**Attachment A** provides photographs acquired from a variety of source material arranged in chronological order. The aerial photos were acquired by me from ConnectEXPLORER and the satellite images were acquired by me from Google Earth. Other photos were provided by the Law Office.

Photos 1-2 show the first pair of speed bumps was installed between February 8, 2019, and March 6, 2020. There is a separation between the two (2) speed bumps. The speed bumps are black with yellow safety strips. Photo 3 taken on January 30, 2022, shows a black-colored speed bump without strips, the same as the black-colored speed bump seen in Photos 4-7 taken on October 15, 2022. By this I conclude the yellow-stripped speed bump seen in Photos 1-2 was replaced with a black-colored speed bump seen in Photos 3-7 between March 6, 2020, and January 30, 2022, for an unknown reason.

Photos 4-5 were snapped from the CCTV security camera video, showing Ms. Query approaching and tripping over the black-colored speed bump on October 15, 2022. Photos 6-7 were taken after the fall. The black speed bump was removed prior to January 28, 2023, (Photo 8), not replaced as of February 4, 2023, (Photo 9), and replaced with a black speed bump prior to March 24, 2023, (Photo 10). Photo 11 taken June 11, 2023, shows the new speed bump was installed about 12 feet from the speed bump where Ms. Query fell. Photo 12 shows that prior to January 19, 2024, yellow strips were added to the replacement speed bump.

Speed bumps – as opposed to speed humps installed on residential, local or collector streets after proper engineering study – are generally installed in private parking lots at the owner's discretion. Speed bumps are generally made of asphalt, plastic or rubber and anchored to the paved surface. The industry accepted standard for speed bumps in regard to pedestrian safety is ASTM F-1637-21, *Standard Practice for Safe Walking Surfaces,* which states:

**8. Speed Bumps**

**8.1 Design to avoid the use of speed bumps.**

**8.2 All speed bumps which are in foreseeable pedestrian paths shall comply with 5.2 (walkway changes in level).**

**8.3 Existing speed bumps that do not conform to 5.2, shall be clearly marked with safety color coding to contrast with surroundings. Painted speed bumps shall be slip resistant. Pedestrian CAUTION signs are recommended.**

ASTM F-1637-21, Section 5.2 calls for bevels where changes in level are greater than ¼ inch and ramps where changes in level are greater than ½ inch. Due to their inherent dimensions, almost all commercially available speed bumps are solid yellow or black with yellow safety strips. The original speed bump had yellow safety strips as recommended by the safety standard. The current speed bump has yellow safety strips as recommended by the safety standard. The speed bump installed at the time of the accident did not have yellow safety strips. In my opinion the lack of yellow safety strips in contrast to its surroundings constituted an unsafe condition, an unreasonably risk to pedestrian traffic, and the most likely cause of Ms. Query's fall.

## DISCLOSURES AND LIMITATIONS

Data referenced but not included in this report remains available in the project file. I reserve the right to review additional information as it becomes available and to revise this report based on the analysis of new information. This report was prepared using the author's knowledge, training and experience in the fields of systems safety, building performance, product specifications and building codes & standards. This report is not meant to be construed and should not be construed as the practice of architecture or engineering as defined by Title 37 of the Louisiana Revised Statutes.

## ATTACHMENTS

Attachment A: Photographs
Attachment B: Biographical Sketch

**END OF REPORT 24-0136**

Respectfully submitted,



Neil B. Hall, PhD, AIA

# ATTACHMENT A

## PHOTOGRAPHS




**Photo 1: February 2019, no speed bumps**




**Photo 2: March 2020, speed bumps with yellow strips**




**Photo 3: January 2022, replacement speed bump (in sunlight) with no yellow strip**



**Photo 4: Ms. Query walking toward speed bump on October 15, 2022 (from video)**



**Photo 5: Ms. Query walking tripping over speed bump on October 15, 2022 (from video)**



**Photo 6: October 15, 2022, aftermath of trip**



Photo 7: October 15, 2022, aftermath of trip




Photo 8: January 2023, speed bumps removed




**Photo 9: January 2023, speed bumps not replaced**



**Photo 10: March 24, 2023, Google Earth showing new speed bump**



**Photo 11: June 11, 2023, showing new speed bump (old bump location in foreground)**




**Photo 12: January 2024 showing new speed bump**

# ATTACHMENT B

## BIOGRAPHICAL SKETCH



# NEIL B. HALL & ASSOCIATES, LLC


## Neil B. Hall, PhD, PE, AIA, RLA, CFM

1923 Corporate Square Drive, Ste. B, Slidell, Louisiana 70458
985-690-6008
neilbhall@gmail.com


**SUMMARY**

Neil grew up in the South Bronx, sold hot dogs at the Bronx Zoo, attended the Bronx High School of Science, and was a three sewer hitter no matter what his brother-in-law says. Neil is a licensed Professional Engineer, Architect, Landscape Architect and Interior Designer with 20 years of design/build experience with the Army Corps of Engineers and Navy Civil Engineer Corps, in addition to more than 30 years experience in the field and courtroom as a forensic engineer in private practice. He holds five degrees including a PhD in Urban Studies, writing his dissertation on urban planning in the Philippines, after serving in the Philippines both as an Army Special Forces advisor assigned to the USAID Flood Rehabilitation Program and Planning Officer for the U.S. Naval Complex at Subic Bay. As Owner and Principal of Groundtruth Forensics, his practice includes failure analysis, first party insurance claims, building science, structural health, fire investigations, construction defect and delay claims, and premises liability.

**DEGREE PROGRAMS**

◦ B.S. (Architecture) and B. Architecture, City College of New York (1972)
◦ Master of Science, USC Institute of Systems and Safety Management (1980)
◦ Master of Landscape Architecture, University of Pennsylvania (1983)
◦ PhD in Urban Studies, University of New Orleans (1993)

**KEY REGISTRATIONS & CERTIFICATIONS**

◦ Licensed Architect (first licensed 1978) FL, TX, PA, NJ, SD, CT, CO, IL, OK, USVI
◦ Licensed Civil Engineer (first licensed 1981) MN, TX, MS, NY, NJ, USVI
◦ Licensed Landscape Architect (first licensed 1986) MN, TX
◦ Licensed Interior Designer (first licensed 2015) FL
◦ NFPA 1033 Certified Fire Investigator (1997)
◦ ASFPM Certified Floodplain Manager (2011)

**KEY AFFILIATIONS**

◦ American Institute of Architects
◦ American Society of Civil Engineers
◦ Structural Engineering Institute
◦ American Society of Safety Professionals
◦ American Association of Wind Engineers
◦ International Institute of Building Enclosure Consultants
◦ Construction Specifications Institute